UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

10-MC-66 KSH

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Barry J. Roy (BR 5896)
Counsel for Jeffrey A. Lester, Chapter 7 Trustee

| | |
|---|---|
| In the Matter of:<br><br>E.J. STEWART ELECTRIC, INC.,<br><br>Debtor. | Case No.:  09-10666 (MS)<br><br>Chapter 7 |
| JEFFREY LESTER, Chapter 7 Trustee for E.J. Stewart Electric, Inc.,<br><br>Plaintiff,<br><br>V.<br><br>W.J. POST, INC.<br><br>Defendant. | Adv. Pro. No. 09-2371 |

## ORDER FOR DEFAULT JUDGMENT AGAINST W.J. POST, INC.

The relief set forth on the following page numbered two (2) is hereby ORDERED.

*10-MC-66 KSH*

(Page 2)

Debtor: E.J. Stewart Electric, Inc.
Case No.: 09-10866 (MS)
Adv. Pro. No.: 09-2371
Caption of Order: Order for Default Judgment Against W.J. Post, Inc.

**THIS MATTER** having been opened to the Court by Jeffrey A. Lester, Chapter 7 Trustee

for E.J. Stewart Electric, Inc. (the "Trustee"), by and through his attorneys, Rabinowitz, Lubetkin

& Tully, LLC, upon the filing of an Application for entry of a default judgment pursuant to Fed. R.

Civ. P. 55(b), Fed. R. Bankr. Pro. 7055(b), and D.N.J. LBR 7055-1(b) and the related Affidavit of

Jeffrey A. Lester, Esq.; and the Court having considered such pleadings; and other good and

sufficient cause existing for the making and entry of the within Order;

**IT IS HEREBY**

**ORDERED** that judgment be, and hereby is, entered in favor of the Trustee and against

Defendant W.J. Post, Inc. in the amount of $15,500.

UNITED STATES DISTRICT COURT JUDGE
Katharine S. Hayden

F:\Client_Files\A-M\E.J. Stewart Electric\Accounts\W.J. Post\Order\DefaultJudgment.doc

2